CORA A. FOOTE, as Administratrix of ELBERT H. FOOTE, Deceased, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Foote* v. *Pennsylvania R. R. Co.*, 170 App. Div. 937, affirmed.
(Argued December 5, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 6, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover

for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The complaint alleges that the death of the plaintiff's intestate, a railroad brakeman, was caused by reason of his coming in contact with a freight car alleged to have been placed upon a yard track in the defendant's yards near the city of Rochester, N. Y., without proper clearance between it and the lead track of the yard, along which a freight train, in connection with which the plaintiff was working, passed. The answer of the defendant, after admitting the death of the plaintiff's intestate while in its employ as a yard brakeman, is in the nature of a general denial. The answer interposes the separate defenses of contributory negligence and assumed risk.

*H. J. Adams, Judson S. Rumsey* and *Frank Rumsey* for appellant.

*Frederick L. Dutcher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ.